W. JONES, Justice,
concurring in part and dissenting in part.
I concur with the majority decision in this ease except “Section C” awarding attorney fees to claimant. I cannot agree that this appeal was filed without any reasonable basis.
I do not believe that the resolution of this appeal was as clear as the majority believes. In my opinion, the inheritable disability benefits of claimant is a matter of first impression before this Court’s decision today. I must also state that although ultimately I agreed with the majority decision, I did not agree without some difficulty in sorting through the issues. I also considered the fact that one of the members of the Industrial Commission dissented from the Commission’s decision with a reasonable opinion. For those reasons, I cannot agree that the appellants did not have a reasonable basis for asking review of this difficult decision by this Court.